IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHUKS EGWUATU | * |
| Plaintiff | * |
| v. | *   Case No.: 09-325 |
| HOME DEPOT U.S.A., INC., et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF WITHDRAWAL WITH PREJUDICE

Plaintiff Chuks Egwuatu, by his attorneys, hereby withdraws his claims against Defendants Home Depot, U.S.A., Inc. and Citibank (South Dakota), N.A. with prejudice.

Respectfully submitted,

/s/ Jan I. Berlage
Jan I. Berlage (23937)
Gohn, Hankey & Stichel, LLP
201 N. Charles Street
Suite 2101
Baltimore, Maryland 21201
(410) 752-9300

Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day April, 2009 a copy of Plaintiff's Notice of Withdrawal With Prejudice was served via first class mail, postage pre-paid to:

Home Depot USA, Inc.
c/o Resident Agent
CSC – Lawyers Incorporated
7 St. Paul Street, Suite 1660
Baltimore, MD 21202

Citibank, NA
c/o Resident Agent
The Corporation Trust, Inc.
300 E. Lombard Street
Baltimore, MD 21202

Leonard H. Pazulski, Esq.
5074 Dorsey Hall Drive
Suite 204
Ellicott City, Maryland 21042

        /s/ Jan I. Berlage
        Jan I. Berlage (23937)